

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00223-CV

Maria Lidia **GONZALEZ**, et al.,
Appellants

v.

**ESTATE OF** Idelfonso **RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee recover its costs of this appeal from appellants.

SIGNED October 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice